

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXA S. KINNEY,<br><br>    Defendant. | No. 21-CR-142-J<br><br>Ct 1:  18 U.S.C. § 1343<br>(Wire Fraud)<br><br>Ct 2:  18 U.S.C. § 1029(a)(2)<br>(Using an Unauthorized Access Device)<br><br>Ct 3:  18 U.S.C. § 287<br>(Making False Claims) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

Between on or about August 9, 2019, through and including on or about December 31, 2019, in the District of Wyoming, the Defendant, **ALEXA S. KINNEY**, knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises ("scheme"), in an amount totaling at least $165,000.00, which scheme was furthered by the use of interstate wire communications.

In violation of 18 U.S.C. § 1343.

## COUNT TWO

From on or about June 19, 2019, through and including on or about July 10, 2019, in the District of Wyoming, the Defendant, **ALEXA S. KINNEY**, knowingly and with the intent to defraud, did use one or more unauthorized access devices during a one-year period, and by such

conduct obtained things of value aggregating $1,000 or more during that period, such conduct affected interstate commerce.

### COUNT THREE

From on or between April 1, 2020, through and including on or about April 30, 2020, in the District of Wyoming, the Defendant, **ALEXA S. KINNEY**, made and presented to the Internal Revenue Service a claim upon a department and agency of the United States, knowing that said claim was false and fraudulent in that the claim included a false statement about the Defendant's gross income for the year 2019.

In violation of 18 U.S.C. § 287.

DATED this 21st day of December, 2021.

L. ROBERT MURRAY
United States Attorney

By: *[signature]*
MARGARET M. VIERBUCHEN
Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | ALEXA S. KINNEY |
| **DATE:** | December 7, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |

**OFFENSE/PENALTIES:**

Ct: 1   **18 U.S.C. § 1343**
(Wire Fraud)

0-20 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

Ct: 2   **18 U.S.C. § 1029(a)(2)**
(Using an Unauthorized Access Device)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

Ct: 3   **18 U.S.C. § 287**
(Making False Claims)

0-5 Years Imprisonment
Up to $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**
0-35 Years Imprisonment
Up To $750,000 Fine
3 Years Supervised Release
$300 Special Assessment

**AGENT:**   Jacob Rice, IRS

**AUSA:**   Margaret M. Vierbuchen, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**   1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**   Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**   No